# United States District Court

## Southern District of Georgia

EDWIN DEMARCO MATHIS and,
SEVENIA DENICE MATHIS

_____
Plaintiff

v.

LARRY JOHNSON, COREY JEMAINE PITTMEN, AN INDIVIDUAL and D/B/A C&L TRUCKING, AMGUARD INSURANCE COMPANY, KAUFMAN TRAILERS PARTS & SERVICE, INC., LIPPERT COMPONENTS MANUFACTURING, INC., and CLARK'S TRAILER & TOWING SOLUTIONS

_____
Defendant

Case No.  ____4:21-CV-367____

Appearing on behalf of

__Kaufman Trailers Parts & Service, Inc.__
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __10th__ day of __February__, __2022__.

_[signature: Christopher L. Ray]_
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | John W. Ormand III |
| Business Address: | Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P. |
| | Firm/Business Name |
| | 150 Fayetteville Street, Suite 1700 |
| | Street Address |
| | Raleigh     NC     27601 |
| | Street Address (con't)   City   State   Zip |
| | P.O. Box 1800 |
| | Mailing Address (if other than street address) |
| | Raleigh     NC     27602 |
| | Address Line 2   City   State   Zip |
| | 919-828-5875          NC Bar No. 14160 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | jormand@brookspierce.com |