IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDWIN DEMARCO MATHIS; and SEVENIA DENICE MATHIS, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:21-cv-367 |
| v. | |
| LARRY JOHNSON; COREY JEMAINE PITTMAN, an individual d/b/a C&L Trucking; AMGUARD INSURANCE COMPANY; KAUFMAN TRAILERS PARTS & SERVICE, INC.; LIPPERT COMPONENTS MANUFACTURING, INC.; and CLARK'S TRAILER & TOWING SOLUTIONS, | |
| Defendants. | |

**O R D E R**

Before the Court is a "Notice of Dismissal With Prejudice," signed and filed by counsel for Plaintiffs, wherein Plaintiffs purport to dismiss this case with prejudice, "having fully settled all claims in issue in this action," and Plaintiffs purport to "authorize[]" the Clerk of Court "to mark the same 'Settled and Dismissed with Prejudice.'" (Doc. 27, p. 1.) Because the notice has not been signed by all parties who have appeared and because Defendants have filed Answers, (see docs. 1-1, 4, 21), Federal Rule of Civil Procedure 41(a)(2) applies and the action "may be dismissed at the plaintiff[s'] request only by court order, on terms that the court considers proper." The Court thus construes Plaintiffs' filing as a motion requesting dismissal with prejudice. Plaintiffs' filing does not propose or request any specific terms, and none of the Defendants have voiced any opposition to dismissal with prejudice or requested any terms for the dismissal.

Case 4:21-cv-00367-RSB-CLR   Document 29   Filed 06/23/22   Page 2 of 2

2

Accordingly, the Court **GRANTS** the motion, (doc. 27), **DISMISSES** the action **WITH PREJUDICE**, and **DIRECTS** the Clerk to **CLOSE** the case.

**SO ORDERED**, this 23rd day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA